tiorari to the Supreme Court of the Philippine Islands denied. *Mr. Samuel T. Ansell* for petitioner. No appearance for respondent.

---

No. 632. PAUL M. ASHBAUGH *v.* UNITED STATES. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. J. W. Barry* and *Paul M. Ashbaugh pro se,* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.

---

No. 636. PARADON ENGINEERING COMPANY, INC., *v.* ELECTRO BLEACHING COMPANY ET AL. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. F. P. Warfield* and *C. A. L. Massie* for petitioner. *Messrs. Drury W. Cooper* and *Loren N. Wood* for respondents.

---

No. 640. ADDISON MILLER, SECURITY STORAGE COMPANY, RYAN HOTEL COMPANY, ET AL., *v.* CITY OF ST. PAUL. November 23, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. W. B. Douglas* for petitioners. *Messrs. Morton Barrows, Arthur A. Stewart,* and *Eugene M. O'Neill* for respondent.

---

No. 641. GEORGE H. JENNINGS AND CREEKMORE WALLACE *v.* LONZETRA CANADY AND MOUNTAIN STATE OIL COMPANY. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. B. B. Blakeney* and *Creekmore Wallace* for petitioners. No appearance for respondent.